IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J&J SPORTS PROD., INC..,

    Plaintiff,                                No. CIV 2:11-cv-3006 MCE JFM

    vs.

CHRISTOPHER MARTIN FIERRO,

    Defendant.                       <u>ORDER</u>

        Pending before this court is plaintiff's motion for default judgment. The court has determined that the matter shall be submitted upon the record and briefs on file and accordingly, the date for hearing of this matter shall be vacated. Local Rule 230.

        Accordingly, IT IS HEREBY ORDERED that the August 23, 2012 hearing is dropped from calendar.

DATED: August 9, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;paci3479.vacate.hrg

1