UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J & J Sports Productions, Inc.                             DEFAULT JUDGMENT

    v.

                                                  Case No. CIV S-2:11-cv-3006 MCE JFM

Christopher Martin Fierro dba Canteena

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby
ENTERED against defendant:

        Christopher Martin Fierro dba Canteena in the amount
of $7,500.00 pursuant to the order issued November 6, 2012

November 6, 2012

                                                  VICTORIA C. MINOR, CLERK


                                                  By: _____/s/_____
                                                  R. Matson, Deputy Clerk